MILTON AISENSON, an Infant, by DOROTHY COHEN, His Guardian ad Litem, et al., Respondents, *v.* NATIONAL CASUALTY COMPANY, Appellant.

(Argued April 18, 1933; decided May 23, 1933.)

*Otho S. Bowling* for appellant.

*Joseph E. Marcus* and *Allen E. Marcus* for respondents.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.